[No. 42422-3-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN LEVI GAGNON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00134-6, Carol Murphy, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42495-9-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00655-9, Edmund Murphy, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42651-0-II.   Division Two.   April 9, 2013.]

MATTHEW G. SILVA, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from judgments of the Superior Court for Grays Harbor County, David L. Edwards, J. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42661-7-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANNING WARREN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00219-4, George L. Wood, J., entered October 4, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.